IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20909
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LARRY MASTERS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-89-CR-322-2
--------------------

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges

PER CURIAM:[*]

    Larry Masters appeals the district court's order extending his supervised release through August 30, 1999. He contends that the district court's basis for the extension was unlawful and asks this court to vacate the district court's order and remand for termination of the term of supervised release.

    This extended term of supervised release, however, ended August 30, 1999. Accordingly, this appeal is moot, as this court can no longer grant Masters the relief he seeks. See Bailey v.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Southerland, 821 F.2d 277, 278 (5th Cir. 1987).  Because this appeal is moot, it is

DISMISSED.